**STATEMENT OF FACTS**

On June 23, 2014, an FBI special agent, acting in an undercover capacity (hereinafter referred to as the UC), was able to gain an introduction to SADAO JAMAL OKA in a nightclub in Washington, D.C.  OKA provided the UC with a substance which appeared to be cocaine.  The UC passed a $200 payment to OKA through another individual.  The substance obtained from OKA was field-tested positive by the FBI for the presence of cocaine and determined to weigh approximately 1.7 grams.

Subsequent investigation of OKA by the FBI resulted in court authorized interception of wire and electronic communications over two cellular telephone used by OKA.  Numerous pertinent conversations were intercepted between OKA and others, which discussed the distribution of large quantities of cocaine.

On August 24, 2014, at 10:19 a.m., OKA spoke with his cocaine supplier, who said he was trying to get OKA "that little car to drive."   At 12:17 p.m., the supplier told OKA he was trying to arrange it so OKA could meet with the supplier's son.   At 2:31 p.m., OKA received a call from the supplier's son, who said "I'm supposed to meet you."  They agreed to meet in 30 minutes.  At 5:00 p.m., OKA spoke to one of his customers.  OKA said "I just got something…it's bomb…it's expensive…I had to pay $1500 an O."   OKA said he bought nine of them, and would give half of them to the customer.  In this series of conversations, it is believed OKA is stating he purchased nine ounces of cocaine from his supplier during the time frame between 2:31 p.m. and 5:00 p.m., then offered it to his customer.  OKA used the letter "O" as code for an ounce of cocaine.

On September 24, 2014, at 6:28 p.m., OKA had a conversation with a new customer, who lacking in subtlety, told OKA he wanted "to buy some cocaine."   OKA asked the new customer not to say that so loudly.

On October 30, 2014, OKA engaged in two calls with his cocaine supplier which set up a meeting on the afternoon of October 30th.    FBI surveillance was conducted while OKA met with the supplier in Northwest, Washington, D.C.  Following that meeting, OKA was followed away and placed under arrest.  Following his arrest, OKA was Mirandized and agreed to make a statement.  OKA confessed to distributing large quantities of cocaine in the Washington Metropolitan Area over a period of several years.  He also indicated he had met the supplier earlier that afternoon and provided him with $10,000.  The supplier and OKA planned to meet again later that day, at which time the supplier would give OKA 250 or 500 grams of cocaine.

OKA consented in writing to a search of his apartment in Tyson's Corner, Virginia. During the search on the evening of October 30th, the FBI recovered cocaine (field tested positive by the FBI), numerous small empty ziplock bags, a digital scale, and a press used to compact narcotics into 1 kilogram blocks.

_____
SPECIAL AGENT TIMOTHY J. ERVIN
FEDERAL BUREAU OF INVESTIGATION
  WASHINGTON FIELD DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF OCTOBER, 2014.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE